# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05- 464

TO: Kenneth Holland SBI#: 164800

FROM: Stacy Shane, Support Services Secretary

FILED
JUL - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: **6 Months Account Statement**

DATE: May 27, 2005

---

*Attached are copies of your inmate account statement for the months of* November 1, 2004 *to* April 30, 2005.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 0 |
| Dec | 0 |
| Jan | 35.16 |
| Feb | 14.66 |
| March | 0 |
| April | 0 |

**Average daily balances/6 months:** 9.81

Attachments
CC: File

Stacy Shane
05/27/05

Brian D Engram

CERTIFICATE

(Incarcerated applicants only)

*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ 0 on account his/her credit at (name of institution) Delaware Correctional Center.

I further certify that the applicant has the following securities to his/her credit: N/A.

I further certify that during the past six months the applicant's average monthly balance was $ 9.81 and the average monthly deposits were $ 8.33

5/27/05
Date

[signature]
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.

MAY 26 2005

SUPPORT SERVICES MANAGER

# Individual Statement

Date Printed: 5/26/2005



## For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00164800 | HOLLAND | KENNETH | | | | |

**Current Location:** SU/1 **Comments:** QOLDET

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 11/29/2004 | $0.00 | $0.00 | $0.00 | $0.00 | 36789 | | | |

**Ending Mth Balance:** **$0.00**

# Individual Statement

Date Printed: 5/26/2005



## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00164800 | HOLLAND | KENNETH | | | | |
| Current Location: | SU/1 | Comments: | QOLDET | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/5/2005 | $50.00 | $0.00 | $0.00 | $50.00 | 52362 | 7477043016 | | A WATSON |
| Pay-To | 1/7/2005 | ($6.23) | $0.00 | $0.00 | $43.77 | 54460 | | DST/POSTAGE | |
| Canteen | 1/25/2005 | ($14.91) | $0.00 | $0.00 | $28.86 | 60302 | | | |

**Ending Mth Balance:** **$28.86**

# Individual Statement

Date Printed: 5/26/2005



## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $28.86 |
|---|---|---|---|---|---|---|
| 00164800 | HOLLAND | KENNETH | | | | |

**Current Location:** SU/1 **Comments:** QOLDET

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/8/2005 | ($14.96) | $0.00 | $0.00 | $13.90 | 66308 | | | |
| Canteen | 2/23/2005 | ($13.90) | $0.00 | $0.00 | $0.00 | 72909 | | | |

**Ending Mth Balance:** **$0.00**

# Individual Statement

Date Printed: 5/26/2005



## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00164800 | HOLLAND | KENNETH | | | | |

**Current Location:** SU/1 **Comments:** QOLDET

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 3/14/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 80480 | | DST/POSTAGE | |
| | | | | **Ending Mth Balance:** | **$0.00** | | | | |

# Individual Statement

Date Printed: 5/26/2005



## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00164800 | HOLLAND | KENNETH | | | | |

Current Location: SU/1 Comments: QOLDET

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 4/14/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 94632 | | 4/7/05 | |

Ending Mth Balance: $0.00

# Individual Statement - No Transactions This Month

Date Printed: 5/26/2005 

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00164800 | HOLLAND | KENNETH | | | | |

**Current Location:** SU/1

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

**Ending Mth Balance:** **$0.00**