Parties                                    05- 464

1) Defendant Stanley W. Taylor, is employed as the Commissioner of Prisons. His responsibilities include adopting General Assembly guidelines and establishing rules and regulations and their lawful inforcement within the Department of Corrections. Address: 245 McKee Road, Dover, Delaware 19904. He is being sued in his individual and official capacities.

2) Defendant Vincent Bianco, is employed as the warden of the Morris Correctional Institution (M.C.I) and, the warden of the Central Violation of Probation facility (CVOP) He is responsible for the over all supervision of staff and residents, discipline and rules and regulations inforcement of both facilities. Address: 300 Waters Street, Dover, Delaware 19901. He is being sued in his individual and official capacities.

3) Defendants Bill Ettel, Ms. Moore and John Doe are employed at the Morris Correctional Institution in various individual capacities. Collectively their responsibilities include, the Multi-Disciplinary Team (M.D.T Board) They are the sole members of the Board and they collectively decide guilt or innocence of a rule infraction, set forth sanctions. Address: 300 Waters Street, Dover, Delaware 19901. They are being sued in their individual and official capacities

4) Defendant Adam J. Bramble is employed as a Lieutenant a CVOP. He is immediately responsible for the over all operations of the facility and the safety of all residents. Address: 875 Smyrna Landing Road, Smyrna, Delaware 19977. He is being sued in his individual and official capacities.

5) Defendant Micheal Records is employed at CVOP as the Head Supervisor of Resident Probation Officers. His responsibilities includes scheduling transfers of residents to other facilities in accordance with laws and rules and regulations of the Department of Corrections. Address: 875 Smyrna Landing Road, Smyrna, Delaware 19977. He is being sued in his individual and official capacities.

6) Defendant Cline Daniels, is employed a C-VOP as a Records Clerk. His responsibilities include reviewing and maintaining adequate records of sentencing orders in accordance with laws and rules and regulations of the Department of Corrections. Address: 875 Smyrna Landing Road, Smyrna, Delaware 19977. He is being sued in his individual and official capacities.

7) Defendant Cindy Scala, is employed a C-VOP as a Resident Probation Officer. Her responsibilities include assisting residents with all matters pertaining to their confinement/sentence. Address: 875 Smyrna Landing Road, Smyrna, Delaware 19977. She is being sued in her individual and official capacities.

8) Defendant Rich George, is employed at Sussex Violation of Probation (S-VOP) as the Warden of the facility. His responsibilities include the overall supervision, discipline and safety of the facility and residents. Address: P.O. Box 500, Georgetown, Delaware 19947. He is being sued in his individual and official capacities.

9) Defendant Michael Costello, is employed at S-VOP as Security Chief. His responsibilities include screening every resident and security issue of the facility. Address: P.O. Box 500, Georgetown, Delaware, 19947. He is being sued in his individual and official capacities.

10) Defendant Barbara Costello, is employed at S-VOP as a Transfer Officer. Her responsibilities include scheduling residents transfers to other facilities as well as screening orders of residents accepted into the facility. Address: P.O. Box 500, Georgetown, Delaware 19947. She is being sued in her individual and official capacities.

11) Defendant Department of Corrections, is employed by the State of Delaware to provide security for its prison populations. Their responsibilities include following the laws of this state and U.S. Constitution. Address: 245 McKee Road, Dover, Delaware 19904. They are being sued in their individual and official capacities.

All the defendants have acted and continue to act, under the color of state law at all times relevant to this complaint.