05- 464

62) Defendant Bramble, snatched the chair from the Plaintiff hands and continued to spray Plaintiff.

63) Defendant Bramble, then grabbed his handcuff's and using them in the form of brass-knuckles, attempted to hit the Plaintiff in the face with them. Missing only because Plaintiff managed to turn, twist his body and throw himself to the floor. However,

64) Defendant Bramble, then raised his arm and brought the pointed part of the handcuff's down into Plaintiff's right shoulder. Causing a gash in the same.

65) Defendant Bramble, continued to rough up Plaintiff even after Plaintiff had curled up on the floor in an attempt to protect himself as much as he could. Until Defendant Bramble, used his shoulder Mix to call the situation into control.

66) Plaintiff was placed in a holding cell, Denied Medical treatment by the nurse and transferred to Delaware Correctional Center and was again denied Medical treatment.

67) On or about the date of February 19, 2005 Plaintiff filed a Institutional Grievance, which was rejected as both "Non-Grievable" and "expired filing period. on Feb. 21, 2005.

Claims For Relief

68) The failure of Defendants Commissioner Stanley Taylor, Department of Corrections, Warden Vincent Bianco and Warden Bob George to establish rules and regulations and adequate enforcement of rules and regulations consistant with State and Federal constitution and State laws and adequate and fair review of decisions constitutes Negligence, Cruel and inhumane treatment, Due Process and Equal Protection violations.

69) Defendants Bill Etto, Ms. Moore and John Doe's failure to allow the Plaintiff to be present to represent himself at disciplinary hearing constitutes deliberate indifference, Due Process and Equal Protection violations of the constitutions.

70) Defendants Bill Etto, Ms. Moore and John Doe's collective decision to sentence the Plaintiff to a sanction outside of guidelines constitutes false imprisonment, deliberate indifference, Cruel and inhumane treatment, Due Process and Equal Protection violations of the constitution.

71) Defendants Bill Etto, Ms. Moore and John Doe's failure to provide Plaintiff with a fair, timely appeal process constituted Malicious Denial of Due Process, Equal Protection and deliberate indifference.

72) The actions of Defendant Adam J. Bramble in subjecting

the Plaintiff to unnecessary, malicious force with weapons constitutes Assault, Cruel and inhumane treatment, Equal Protection violation with Malicious intent.

73) The failure of Defendants Micheal Records, Cline Daniels, Cindy Scola, Micheal Costello, Barbara Costello to take reasonable actions of corrective measure to have Plaintiff's Sanction corrected and/or Plaintiff returned to his original status consist consistant with Rules, Regulations and Delaware laws Constitutes Cruel and inhumane treatment, deliberate indifference, Denial of Due Process and Equal Protection Rights.

74) Defendant Cindy Scola's failure - Refusal to file or Assist Plaintiff in filing appropriate - Required Modifications with State Court constitutes deliberate indifference, Cruel and inhumane treatment, Due Process and Equal Protection violations of the constitution.

A. Award Compensatory damages in the following amounts:

50,000 jointly and severally against defendants Stanley Taylor, Vincent Bianco, Bob George and the Department of Corrections for the physical and emotional injuries sustained as a result of these defendants failure to adequately establish and/or enforce Rules and Regulations and laws of the State and U.S. Constitution

200.000 jointly and severally against defendants Bill Etto, Ms. Moore and John Doe for the punishment and emotional injuries sustained as a result of their denial of Plaintiff's Due Process rights in connection with disciplinary hearing, sanction and appeal process as well as false imprisonment.

300.000 against defendant Alan Brumble for the physical and emotional injuries suffered as a result of defendant's unnecessary, weapon assault of Plaintiff.

20,000 jointly and severally against defendants Michael Records, Clive Daniels, Cindy Scola, Michael Costello and Barbara Costello for the emotional injuries suffered as a result of defendants failure to take appropriate actions.

■ lost of wages against Department of Corrections, Bill Etto, Ms. Moore, John Doe, Vincent Bianco for wages lost due to the unconstitutional sanction and false imprisonment of the Plaintiff throughout relevant time ■ period.

B. Award Punitive damages in the following amounts:

1) 20,000 each against Stanley Taylor, Vincent Bianco, Bob George and Department of Corrections

2) 100,000 each against Bill Ette, Ms. Moore and Jane Doe

3) 150,000 against Adam Bramble

4) 10,000 each against Micheal Records, Cline Daniels, Cindy Scalo, Micheal Costello and Barbara.

C. Grant such other relief as it may appear that the Plaintiff is entitled.

Respectfully Submitted  Kenneth Holland

Date: __/__/__

Mr. Kenneth L. Holland
SBI #164800
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977