United States District Court
District of Delaware

05- 464

Clerk Office
844 King St
Lock Box 18
Wilm De. 19801

FILED
JUL - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

June 27, 2005

Dear Clerk,:

Please be advised that I have enclosed (12) copies of my complaint to my defendants, But I am a few copies short of suppling all of my defendants, do to the facts that I'm incarcerated, and as a segregation inmate, I'm extremely limited to access to the law library. and the law library limits the copies they allow an inmate to have in the "SHU" area where I am housed.

Sincerely
Kenneth L. Holland
S.B.I. #164800 Bldg SHU-18
Delaware Correctional Center
Rt 1# Box 500
Smyrna, De 19977