(Rev. 6/77)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_Kenneth L. Holland_
(Enter above the full name of the plaintiff in this action)

05 - 464

V.

_Stanley Taylor / Vincent Bianco / Bill Ettel /_
_Adam J. Bramble / Micheal Records / Clint Danials /_
_Cindy Scala / Bob George / Micheal Costello /_
_Barbara Costello / Department of Corrections_
(Enter above the full name of the defendant(s) in this action

FILED

JUL -5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        YES [ ]    NO [X]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.   Parties to this previous lawsuit

        Plaintiffs _N/A_

        Defendants _N/A_

2. Court (if federal court, name the district; if state court, name the county)

   N/A

3. Docket number   N/A

4. Name of judge to whom case was assigned   N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   N/A

6. Approximate date of filing lawsuit   N/A

7. Approximate date of disposition   N/A

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

   C. If your answer is YES,

      1. What steps did you take? Filed Grievance on 2/19/05

      2. What was the result? Rejected as not Grievable / expired filing period

   D. If your answer is NO, explain why not   N/A

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

   F. If your answer is YES,

      1. What steps did you take?   N/A

      2. What was the result?   N/A

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff _Kenneth Holland_

Address _Delaware Correctional Center - 1181 Paddock Rd., Smyrna, DE. 19977_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant _Stanley Taylor_ is employed as _Commissioner of Prisons_ at _245 McKee Road, Dover, DE._

C. Additional Defendants _See Attached "Additional Defendants" "Parties"_

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_See Attached "Statement of Claims"_

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

See attached "Claims For Relief"

Signed this 20 day of April, 2005

_Kenneth Holland_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4-20-05                    _Kenneth Holland_
Date                       (Signature of Plaintiff)

I/M Kenneth Hollard
SBI# 164800   UNIT 5W-18-D-L-7#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
District of Delaware
Clerks Office
844 King St
Lock Box 18
Wilm De 19801

Packet 1#

U.S.M.S. X-RAY

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.gov
LABEL 107R, OCT 1997