Office of the Clerk
United States District Court
844. N. King St., Lockbox 18
Wilm., Delaware 19801-3570

July 19, 2005

Re: Holland -vs- Taylor et. al.
    1:05 - CV - 464 (SLR)

Dear Clerk,

I'm writting in regards to aditional information. I would like to know if the "IFP" [In forma pauperis] status was granted, to determine when my 120 days started to run.

Also what are the procedure with having the Defendant served summmons and the complaint, Is their another form that I have to fill out to have the U.S. Marshal's service handle the summmons and complaint.

I would be very greatful for you help.

Sincerely,
Kenneth L. Holland
SBI# 164800  18-D-L-7#
Delaware Correctional Center
Rt 1# Box 500
Smyrna, De 19977


FILED JUL 20 2005



IM Kenneth d. Holland
SBI# 164800   UNIT 18-D-L-7#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk Office
United States District Court
844 N. King St, Lockbox 18
Wilm, De 19801-3570