IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 05-464-SLR |
| STANLEY TAYLOR, BILL ETTO, VINCENT BIANCO, ADAM J. BRAMBLE, MICHAEL RECORDS, CLINE DANIALS, CINDY SCALA, BOB GEORGE, MICHAEL COSTELLO, BARBARA COSTELLO, and THE DEPARTMENT OF CORRECTIONS, | ) |
| Defendants. | ) |



FILED
AUG 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Kenneth L. Holland, SBI# 164800, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.96 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *August 8*, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply

to any other agency into whose custody I may be transferred.

Date: _August 11, 2005_____, 2005.

_Kenneth Holland_____
Kenneth L. Holland



IM Kenneth Holland
SB1# 169800   UNIT 18-D-L-7th
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, De
         19801-3570

( Legal Mail )