05-464-(SLR)
Holland vs- Taylor et al

Dear Mr. Peter Dalleo,

I'm writing you this letter in regards to the status of the summons. I would like to know if the defendants in my case have recieved them. If not, what would be my next step. Is their another form that I need to fill out.
I also like to request a docket for this case. Thank you for you time.

9-15-05

Sincerely,
Kenneth L. Holland #164800
Delaware Correctional Center
Smyrna, De 19977

FILED
SEP 1 9 2005
US DIST[RICT] COURT
D[ISTRICT] O[F] DELAWARE



IM Kenneth Holland
SBI# 164800   UNIT 18-D-L-7#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, De 19801 - 3570