**United State District Court**  
**District Of Delaware**

October 18, 2005

05- 464- SLR  
Case number

Kenneth L. Holland  
  Plaintiff

-VS-

Stan Taylor, Et. Al…

Defendants



I the Plaintiff Kenneth L. Holland would like to inform the Court of an address change. Plaintiff Kenneth L. Holland would Like to change his last none address to the current address of the Following 211 North New ST. Dover. Delaware 19904

Sincerely  
Kenneth Holland.



Kenneth Holland
211 North New St.
Dover Del, 19901

United States District Court
District Of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570