IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-464-SLR |
| | ) | |
| STAN TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, plaintiff, Kenneth L. Holland, was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on August 9, 2005, this court entered an order granting leave to proceed in forma pauperis, assessing an initial partial filing fee of $1.96 and requiring plaintiff to complete and return an authorization form (D.I. 7);

WHEREAS, plaintiff filed the authorization form as required by the Court (D.I. 8);

WHEREAS, to date plaintiff has not paid the initial filing fee of $1.96;

WHEREAS, on October 20, 2005, the Court received plaintiff's change of address indicating that he is no longer incarcerated (D.I. 11);

WHEREAS, under the PLRA, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. <u>Robbins v. Switzer</u>, 104 F.3d 895, 899 (7th Cir. 1997); <u>see also</u> <u>Drayer v. Attorney General</u>, Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this _14th_ day of December, 2005, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the filing fee ($250) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis.

NOTE:  **Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
United States District Judge

2