IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-464-SLR |
| STAN TAYLOR, et.al. | ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 4th day of January, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge