OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2006

TO: Kenneth L. Holland
    211 North New Street
    Dover, DE 19904

RE: **U.S. Marshal 285 Forms**
    *Civil Action #05-464(SLR)*

Dear Mr. Holland:

Please be advised that this office has received the U.S. Marshal 285 forms in the above referenced case for Stephen Devine and Helen Moore on 1/17/06. Per the Order dated 1/6/06, the Clerk's Office still needs a USM for the Attorney General.

Submit a USM for the Attorney General to the Clerk's Office for Carl C. Danberg, Attorney General for the State of Delaware, 820 NORTH FRENCH STREET, WILMINGTON, DELAWARE 19801. Nothing contained in this letter is intended to express an opinion as to any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson