U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Kenneth L. Holland | COURT CASE NUMBER 05-464 (SLR) |
| DEFENDANT Bill Exxo | TYPE OF PROCESS |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Bill Exxo (Multi Disciplinary) MDT Board (Corr. Officer)

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
300 Water Street, Dover, DE 19901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kenneth Lee Holland  
211 North New Str.  
Dover Delaware 19904

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper Case

FILED  
FEB 23 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

Signature of Attorney or other Originator requesting service on behalf of:  
Kenneth L. Holland  ☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER 302-734-3371  DATE 12-8-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk BF | Date 2-23-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 2/28/06  Time    am / pm

Signature of U.S. Marshal or Deputy  BF

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:  Unknown @ Morris Corr.  
Return Unexecuted

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

This packet was forwarded to SCCC, Deputy Warden William Oettel, by Morris Correctional Institute. I can only assume they thought Bill Etto was a misspelled name and that it should have been Bill Oettel. Deputy Warden Oettel has not worked for MCCC or CVOP. Nor has he ever sat on MDT Board. This was apparently sent to him in error and he has asked that I forward it back since nobody seems to know who Bill Etto is.

Thank you, Susan Henry