IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND | ) | C. A. No. 05-464-SLR |
| Plaintiff | ) | |
| v. | ) | |
| STANLEY TAYLOR, et al; | ) | |
| Defendants | ) | |

| | |
|---|---|
| ADAM J. BRAMBLE, | ) |
| Defendant | ) |
| Counter-claim plaintiff | ) |
| v. | ) |
| KENNETH L. HOLLAND | ) |
| Plaintiff, | |
| Counter-claim defendant | ) |

## PLAINTIFF ANSWER TO DEFENDANTS ADAM J. BRAMBLE COUNTER-CLAIM

4. Plaintiff denies any wrong doing.
5. Plaintiff denies any wrong doing.
6. Plaintiff denies any wrong doing.
7. Plaintiff denies any wrong doing.
8. Plaintiff denies any wrong doing.
9. Plaintiff denies any wrong doing.
10. Plaintiff denies any wrong doing.

*Kenneth L. Holland*
KENNETH L. HOLLAND
PLAINTIFF

Date: May 17, 2006

Kenneth Wallace
84 North New St
Dover 19901

Office of Clerk
United State District Court
844 N King Street, Lockbox 18
Wilmington Delaware 19801-3570

U.S.M.S.
X-RAY

FIRST CLASS