## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-464-SLR |
| ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This \_\_\_12th\_\_\_ day of \_\_\_July\_\_\_, 2006,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Kenneth L. Holland pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose shall be granted and Defendants shall have the right to depose Plaintiff Kenneth L. Holland.

_____
Judge