Kenneth Holland

-vs-

                                        C. A. No. 05-464 (SLR)

Stanley Taylor, et al;

Re: Clerk,

    I'm writting to you in regards to my address change. I'm now incarcerated at the Delaware Correctional Center Smyrna, Delaware 19977.

    ~~██████~~ So Please forward all legal matters to the address above.

                                  Sincerely
                                  Kenneth Holland

Date 7-11-06

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

WILMINGTON DE 197
13 JUL 2006 PM 1 L

United States District Court
844 N. King St.
Lock box 18
Wilmington, De
19801

IM Kenneth Holland
SBI# 161800   UNIT 23-A-U-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977