IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 05-464-SLR |
| | )   JURY TRIAL DEMANDED |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:   Kenneth L. Holland
SBI #164800
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of Kenneth L. Holland will be taken by Eileen Kelly, Deputy Attorney General, on Tuesday, August 22, 2006 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us

DATED: July 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on July 18, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Kenneth L. Holland

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us