## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME TO FILE SUMMARY JUDGMENT MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by the undersigned counsel, hereby move to enlarge time within which to file a Motion for Summary Judgment and Opening Brief and in support thereof state as follows:

1. Pursuant to this Court's Order dated April 25, 2006, summary judgment motions are due September 25, 2006. [D.I. 36].

2. The parties to this action have informally agreed to an extension until November 15, 2006 for the exchange of discovery responses. *See* Exhibit A attached hereto.

3. In the interests of ensuring that briefing on summary judgment is based on a complete record, Defendants request that the deadline for summary judgment motions be extended until November 30, 2006, with answering briefs due December 30, 2006 and reply briefs due January 12, 2007.

4. Because there is no trial date set in this matter, the extension requested will not adversely impact the progress of this action.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Enlarge Time to File a Summary Judgment Motion.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Eileen Kelly
        Eileen Kelly, I.D. No. 2884
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor.
        Wilmington, DE 19801
        eileen.kelly@state.de.us
        (302) 577-8400
        Attorney for Defendants

Dated: September 15, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Kenneth L. Holland is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion to Enlarge Time prior to the September 25, 2006 deadline.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
eileen.kelly@state.de.us
(302) 577-8400
Attorney for Defendants

Dated: September 15, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 05-464-SLR |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS SO ORDERED,** this _____day of _____, 2006, that Defendants'

Motion to Enlarge Time to File a Summary Judgment Motion is hereby **GRANTED**, and

Motions for Summary Judgment, with Opening Briefs, are due November 30, 2006, with

Answering Briefs due December 30, 2006 and Reply Briefs due January 12, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2006, I electronically filed *Defendants' Motion to Enlarge Time to File Summary Judgment Motion* with the Clerk of Court using CM/ECF.  I hereby certify that on September 15, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Kenneth L. Holland.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us