

## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

September 6, 2006

[New Castle County-Civil Division]

Kenneth L. Holland
SBI # 164800
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    RE:    Holland v. Taylor, et al.
              C.A. No. 05-464-SLR

Dear Mr. Holland:

    Your Interrogatories and Request for Production [D.I. 44] were untimely in that they were filed on August 2, 2006, while discovery was required to be completed by August 25, 2006.

    However, I plan to respond to your discovery. I will need additional time to do that, and am requesting an extension until October 2, 2006.

    If you object to the extension, please let me know so that I can petition the Court for the additional time.

    Thank you.

                                            Sincerely,

                                            Eileen Kelly
                                            Deputy Attorney General

September 11, 2006

Eileen Kelly
Deputy Attorney General
Department of Justice
State Office Building
820 N. French St.
Wilm, De 19801-3509

RE: Holland v. Taylor, et al.
C.A. No., 05-464-SLR

Dear Ms. Kelly,

I have recieved your letter requesting for an extension until October 2, 2006. I would request that you make the extension for November 15, 2006. so I would have the information that you requested regarding my medical Records.

Thank you.

Sincerely
Kenneth Holland #164800
1181 Paddock Rd.
Smyrna, De 19977




# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

PLEASE REPLY TO:

[New Castle County-Civil Division]

September 13, 2006

Kenneth L. Holland
SBI # 164800
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE:   Holland v. Taylor, et al.
      C.A. No. 05-464-SLR

Dear Mr. Holland:

In response to your letter dated September 11, 2006, I have no objection to an extension until November 15, 2006 for the exchange of interrogatory responses.

Sincerely,

Eileen Kelly
Deputy Attorney General