IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-464-SLR |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS SO ORDERED,** this ___26th___ day of ___September___, 2006, that Defendants' Motion to Enlarge Time to File a Summary Judgment Motion is hereby **GRANTED**, and

Motions for Summary Judgment, with Opening Briefs, are due November 30, 2006, with Answering Briefs due December 30, 2006 and Reply Briefs due January 12, 2007.

_____
United States District Judge