VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Response to Plaintiff's Interrogatories and Request for Production are true and correct.

*/s/ Robert George*