## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE OF DISCOVERY MATERIALS

I, Eileen Kelly, Deputy Attorney General, hereby certify that on September 28, 2006, Defendants' Response to Plaintiff's Interrogatories and Request for Production of Documents was delivered by first class mail to:

TO:   Kenneth L. Holland
      SBI # 164800
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

/s/ Eileen Kelly
Eileen Kelly (I.D. 2884)
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated:  September 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September  28, 2006, I electronically filed *Notice of Service of Discovery Materials* with the Clerk of Court using CM/ECF.  I hereby certify that on September 28, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Kenneth L. Holland.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us