In the United States District court for
the District of Delaware

Kenneth L. Nolland
                - Plaintiff -

- vs -                                    C. A. NO. O5-464-(SLR)

Stanley Taylor, et. al.

## Notice of service of Discovery Materials

I, Kenneth Nolland, Response to Defendants Request
for production of Document. Plaintiff will send more
materials, when Plaintiff reserved it.

To. Eileen Kelly
Deputy Attorney General
820 N. Frech St. 6TH floor
Wilmington, De 19801


FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



**Bay**health
*Medical Center*

KENT GENERAL
HOSPITAL

## EMERGENCY

| DATE: | DOB: |
|-------|------|
| 10 20 05 | |

00-1238297
K05293-00155          ERK
HOLLAND, KENNETH L
M DOB: 05/15/1970 35Y  (302)734-3371
PHYSICIAN,EMERGENC    10/20/05

INSTRUCTIONS FOR CARE FOLLOWING DISCHARGE FROM THE EMERGENCY DEPT:
Kent General Hospital Emergency Personnel are specially trained to deal with emergencies. While we are here to help with your immediate health problems the treatment you receive is not meant to take the place of the complete care your doctor will give you. We will advise your local family doctor what we have treated you for by sending him/her a copy of your Emergency Department record. In most cases, we recommend that you see your family doctor for follow-up care. If you do not have a family doctor, please tell us, and we will give you a list of names for you to choose from.

**SPECIAL INSTRUCTIONS:** see instructions

---

**MEDICATION INSTRUCTIONS:**

☑ Fill prescriptions and take medications according to directions.

☑ Do not drink alcohol or take sedatives with this medication.

☑ Do not drive, operate machinery, or perform dangerous tasks while taking this medication. — Vicodin

☑ Take this medication with food. Motrin —

☐

---

**FOLLOW-UP INSTRUCTIONS:**

☐ See your family doctor.                          ☐ in _____ days    Call for appt.

☑ Return to the Emergency Department. If worse    ☐ on _____ at _____ :

☑ See Dr. ___Cooper in 1 week if not better___

☐ No work / school _____                    ☐ No gym / sports

☐ Light duty_____

☐ May return to work / school _____

☐ Call for Occupational Health appt. _____

PHYSICIAN SIGNATURE: ___(KA)___

---

**I UNDERSTAND THAT:**

I should see my family doctor or return to the Emergency Department if I become worse or develop further problems.

If x-rays were taken, they will be read by a radiologist and I may be called for a recheck or further x-rays if necessary.

I am responsible for arranging my follow-up care.

I have received the above instructions and they were explained to me by an emergency physician or nurse.

INSTRUCTED BY: ___KR___

DATE: 10/20/05
TIME: 1255

have read and understand these instructions.

## Summary of Hospital Services and Charges

Account Number: 8529300155

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 102005 | PANORAMIC X-RAY OF JAWS | $39.00 | | | |

| | | |
|---|---|---|
| | **Total Amount Due** | **$39.00** |

If you require an itemized statement, please call: 302-674-2202

* * * * PLEASE SEE LETTER ON REVERSE SIDE * * * *

**If we do not have insurance information please fill out information below.**

Patient Name_____     Date of Birth_____ SS#_____     Marital Status ☐S ☐M ☐D ☐W

Street _____     Home Phone _____

City _____     State _____ Zip _____

Employer _____     Business Phone _____

Employer Address _____

Insurance Company _____     Ins. Company Address _____

Subscriber/Cardholder Name _____     Relationship to Subscriber  ☐Self  ☐Spouse  ☐Dependent  ☐Other _____

Identification No. _____     Group No. _____

Job connected illness or injury? ☐Yes ☐No     Auto Accident? ☐Yes ☐No     Date of Onset or Accident: ____ /____/____

Other Insurance Information _____

* If remitting payment, please make sure address on other side appears through window *

*DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THIS ADDRESS.*
**KENT DIAGNOSTIC RADIOLOGY**
PO Box 835
Oaks, PA 19456

**OFFICE PHONE: 302-674-2202**
Office Hours: 9AM - 4PM Mon. - Fri.

Fax: 1-302-674-8359

03-06-06

KENNETH L HOLLAND
211 N NEW STREET
DOVER, DE 19901

Patient Name: KENNETH L HOLLAND
Account #: 8529300155
Amount Due: $39.00

## FINAL NOTICE!

According to our records, your balance of $39.00 is delinquent and remains unpaid to our practice. Please pay the amount in full immediately using the bottom portion of this letter or call 302-674-2202 to make payment arrangements.

If payment is not received within 10 days your account may be placed for collection without further involvement by KENT DIAGNOSTIC RADIOLOGY.

Please understand that failure to pay could adversely affect your credit rating.

Respond to this collection notice today.

CC: Collection Coordinator

**FINAL NOTICE!**

---

Please detach and return bottom portion with your payment in enclosed envelope

**GUARANTOR NAME AND ADDRESS:**

KENNETH L HOLLAND
211 N NEW STREET
DOVER, DE 19901

| AMOUNT OF PAYMENT | $ | | Payment Due 3/16/06 |

**SERVICES PROVIDED BY:**

Patient Name: KENNETH L HOLLAND
Account #: 8529300155
Amount Due: $39.00

**KENT DIAGNOSTIC RADIOLOGY
ASSOCIATES, P.A.
P. O. BOX 1256
DOVER, DE 19903-1256**

▲ *PLEASE SEND ALL PAYMENTS AND
CORRESPONDENCE TO THIS ADDRESS.*

# Statement

**S DE Oral Maxillofacial Surgery**
1001 S. Bradford Street
Suite 2
Dover, DE 19904

| Date | 04/12/2006 |
|---|---|
| Account | 12044 |
| Patient | Kenneth Holland |

Kenneth Holland
211 N. New st
Dover, DE 19901

Total Amount Due:        $-165.00

Due Date:        03/23/2006

Amount Enclosed:$ _____

Page:  1

| Post Date | Charges and Credits | Service Date | Amount |
|---|---|---|---|
|  | PREVIOUS BALANCE ........ |  | 0.00 |
| 04/12/2006 | AdvPaymt/Cash/Self |  | -165.00 |
|  | ENDING BALANCE ......... |  | -165.00 |

| 1-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| -165.00 | 0.00 | 0.00 | 0.00 | 0.00 |

We accept all major credit cards.
Please call 1-302 674-4450  for any billing questions

S DE Oral Maxillofacial Surgery
(302) 674-4450

*Thank You*



05 - 130.

## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

WILLIAM F. PRETTYMAN
INVESTIGATOR
SPECIAL INVESTIGATIVE UNIT

ANGELO FALASCA
CHIEF DEPUTY

TELEPHONE
(302) 577-5158

MEMORANDUM

Triol
7 - /5 - 05

To:          Todd E. Conner, Esquire.

From:        William Prettyman
             Special Investigations Unit

Date:        2-2-05

Re:          Kenneth Holland

Jerry Smith
00306883
→ DCC
1804 W. 3rd Street
Wilmington, DE 19805
Phone: 888-1883

Jerry was interviewed at the Plummer Center on 1-27-05. He stated Kenny and Lt. Bramble had words as Kenny waited in the chow line. Jerry said Lt. Bramble's favorite words are "I'll mace you." As Kenny was sitting and eating his breakfast, Lt. Bramble came up to him and told Kenny not to say another word or he would mace him.

Jerry said after breakfast they went back to their pod and maybe 30-45 minutes later Lt. Bramble came onto the pod. He said Lt. Bramble never came on the pod before.

Kenny approached Lt. Bramble and asked him why did he speak to him that way at the chow line. Kenny thought Lt. Bramble was disrespectful to him and wanted to know why he acted that way toward him.

Lt. Bramble responded, "You're going to SVOP, put your hands behind your back." Jerry said this was so Lt. Bramble could cuff Kenny. Kenny told Lt. Bramble he didn't do anything wrong and he refused to put his hands behind his back.

Lt. Bramble walked toward Kenny with his handcuffs in his hand and tried to grab him. Kenny refused to be handcuffed and Lt. Bramble maced him.

Lt. Bramble called for help on his radio, but Kenny was already cuffed by the time the first correctional officer came to the pod. Jerry said he never saw Kenny pick up a chair at any time during the scuffle with Lt. Bramble. He said when Kenny fell to the floor after being maced and cuffed, the lieutenant continued to mace him.

Steven Mullins
Steven Mullins
22 Holland Circle, Apt. 32                 → not custody
William Penn Village Apartments        16 Metten Rd. Newark 19713
New Castle, DE 19720
Phone:326-2587                            → phone # disconnected

Steven was interviewed at the Plummer Center on 1-27-05 after Jerry Smith said he had witnessed the incident between Kenny Holland and Lt. Bramble.

Stevens said Lt. Bramble had an attitude with their whole pod and he didn't like Kenny particularly. He said on the day in question, Lt. Bramble came onto their pod and tried to intimidate Kenny. As he spoke to Kenny, Lt. Bramble held his hand on his mace canister. Kenny saw that and told Lt. Bramble, "Don't be shaking your can at me."

Steven said when the lieutenant took his mace off his belt and began shaking it, that's when Kenny picked up the plastic chair to block the spray of mace. Steven said he saw the lieutenant backing up and he saw the chair strike the lieutenant, but he didn't see if Kenny hit the lieutenant with the chair or if it was thrown at him. From where he stood he didn't have a good view. When the incident was over, Steven did observe a red mark on the left side of the lieutenant's neck.

Steven said he doesn't remember Jerry Smith being on the pod at the time of the incident. He said Jerry was assigned to that pod, but he doesn't remember seeing him there.

Lateef Dickerson
Lateef Dickerson
919 Janvier Court                        → not in custody
Middletown, DE 19709
953 Carvel Dr. Dover

Lateef was interviewed by videophone on 1-31-05 from the CVOP. He said the day of the incident Kenny and Lt. Bramble "got into it" at breakfast. When they went back to their pod, Lt. Bramble came onto their pod and the argument continued. As they argued, Kenny told the lieutenant "You need to stop threatening to mace me." With that being said, Lt. Bramble pulled out his mace and maced Kenny.

Lateef said Kenny put his hands up to block the spray of mace, but he never saw him pick up a chair. Lateef said the whole incident occurred right in front of his bunk and the lieutenant sprayed Kenny for no reason.

james White
James White
234 N. Queen Street
Dover, DE 19901
Phone: (302) 734-7275

0039021/
→ Sussex     Half-way

James was interviewed by videophone on 1-31-05 from the CVOP. He said the incident between Kenny and Lt. Bramble had started at breakfast. Kenny wanted to finish his tray and they argued about that. During this first argument Lt. Bramble took out his mace.

Kenny got up and went back to the pod. Shortly afterward, the lieutenant shows up on the pod. Kenny approaches the lieutenant and asks him why has he threatened him so many times with his mace. James thought that Kenny was being "a real gentleman" about it. James said the lieutenant tried to put Kenny in a headlock but Kenny slammed him.

James said he was standing alongside of Kenny when the incident on the pod took place. He said he was trying to calm Kenny down.

James said Kenny finally just gave up and laid down on the floor. He was on the floor before any of the other correctional officers arrived on the pod. James said he never saw Kenny pick up a chair.

Paul Hayes
Paul Hayes
100 Fantasia Drive
Newark, DE 19713
Phone: 456-1657

100 Fantasia Dr. Newark 19713
→ not in custody
→ phone # disconnected

Paul was interviewed by phone from his home on 2-1-05. He said he had been released from Sussex on 1-31-05 and he is currently on home confinement.

Paul said Lt. Bramble had said something ignorant to Kenny at breakfast. When the lieutenant came on the pod a short time later, Kenny and the lieutenant got into an argument over what had happened at breakfast.

Paul said the lieutenant maced Kenny and Kenny picked up a chair to defend himself against the spray of the mace. Paul said he saw Kenny knock the can of mace out of the lieutenant's hand as he picked up the chair, but he never saw Kenny hit the lieutenant with the chair. Kenny and the lieutenant scuffled on the pod floor and Paul witnessed this from the front of the pod.

Paul said the pod was full at the time, but he doesn't remember who was there watching the incident.



**Teeth**

**CAUSED INJURIES
TO NECK AND THUMB**



IM Kenneth Holland
SBI# 164800    UNIT 23-A-u-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerks Office
United States District Court
844 N King St
Wilmington De
19801



02 1A
000-4008875
MAILED FROM ZIP CODE 19977
$ 01.11⁰
OCT 21 2006
UNITED STATES POSTAGE
PITNEY BOWES