**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Stanley Taylor, Vincent Bianco, Michael Records, Bob
George, Michael Costello, Barbara Costello, the Department of Correction, Stephen Devine and
Helen Moore ("Defendants"), by and through the undersigned counsel, and hereby move this
Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds
set forth in the accompanying Memorandum of Points and Authorities.

                                    **DEPARTMENT OF JUSTICE**
                                    **STATE OF DELAWARE**

                                    /s/ Eileen Kelly
                                    Deputy Attorney General
                                    Department of Justice
                                    820 N. French St., 6th Floor
                                    Wilmington, DE 19801
                                    (302) 577-8400
                                    eileen.kelly@state.de.us
                                    Attorney for Defendants

Dated: November 27, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

**IT IS SO ORDERED** this _____ day of _____, _____ that:

Summary Judgment is entered in favor of Defendants Stanley Taylor, Vincent Bianco, Michael

Records, Bob George, Michael Costello, Barbara Costello, the Department of Correction, Stephen

Devine and Helen Moore ("Defendants"), in their official and individual capacities, as to all claims.

_____

United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on November 27, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Kenneth Holland.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us