## COMMUNITY CORRECTIONS
## PROGRAM VIOLATION

Name: Holland, Kenneth   SBI#: 00164800   Housing: B2-5
Location of Incident: MCCC 1st Floor   Date/Time: 06-27-04 / 2049 hrs.
Witnesses: Cpl. Roberts and C/O Brown

### VIOLATION(s)

( ) Off Limits          (✓) Disorderly Behavior     ( ) Failure to be within 1 Hour Contact
( ) Contraband          ( ) Dangerous Contraband    ( ) Late Returning from Phase Pass
( ) Lying to Staff      ( ) Failure to report R&B   ( ) Late Returning from Job Seeking
( ) Failure to submit to Drug/Alcohol Testing
(✓) Other: Disorderly and Threatning Behavior towards Staff
( ) Use of Non-Prescribed Medication/Illegal Drugs and/or Alcohol
Results Positive for:
( ) Alcohol  Reading:_____ Time:_____ Reading:_____ Time:_____
( ) Drugs  On __/__/__  You submitted to a urine screen and
         the results of that testing came back POSITIVE for the following:
( ) Cannabinoids  ( ) Cocaine  ( ) Opiates  ( ) Benzodiazepines  ( ) Phencyclines
( ) Other: _____

Details of Incident: On the above date and time I R-P told I/M Holland, Kenneth that the snack machine was closed. He stated that he had nothing to do with B Tier. I officer Nock told him to go back on the Tier. After that he stated to me in an over aggressive, and threatning manner "FUCK YOU, YOU SUCKER ASS MOTHERFUCKER". Cpl. Roberts and C/o Brown Witnesses this incident

Employee Name/Title: Nock / C/O   Signature: [signed]

Comments from Resident: _____

DEPOSITION EXHIBIT
Holland #1
JP 8/22/06

(✓) I will appear for MDT  ( ) I will not appear for MDT  (Attach additional sheets if necessary)

I have reviewed this program violation and acknowledge it's existence.
I **Do Not** admit guilt.
                Resident Signature: Kenneth S Holland
MDT Date: 06/29/2004   Resident Present (✓) Yes ( ) No
Members Present: Raymond, Justice, DeMario
Decision: (30) Transfer to SVOPU for a period of two (2) weeks, then transferred
Reviewed by: _____  Concur: (✓) Yes ( ) No - If no, what is the amended
Penalty? to CVOPU to await bedspace at Work Release again.

Original/White—MDT
Second Copy/Yellow—Officer after disposition
Third Copy/Pink—Offender before hearing

From MCCC to SVOPU → 07/01/2004
From SVOPU to CVOPU → 07/14/2004

FORM#: 142-B