Exhibit A.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

STATE OF DELAWARE

   VS.

KENNETH L HOLLAND

Alias: See attached list of alias names.

DOB: 05/15/1970
SBI: 00164800

| CASE NUMBER: | CRIMINAL ACTION NUMBER: |
|---|---|
| 9911018868 | IK99-12-0536 |
| 9912000009 | POSS BURG TOOLS(F) |
|  | IK99-12-0537 |
|  | ATT. THEFT $100(F) |
|  | IK99-12-0288 |
|  | RSP < $1000(M) |
|  | LIO:THEFT < $1000 |

### SENTENCE ORDER

NOW THIS 13TH DAY OF JUNE, 2000, IT IS THE ORDER OF THE
COURT THAT:

Effective June 13, 2000 the defendant is sentenced as follows:

The defendant is adjudged guilty of the offense(s) charged.
The defendant is to pay the costs of prosecution and all
statutory surcharges.


AS TO IK99-12-0536 : TIS

   The defendant is placed in the custody of the
Department of Correction for 3 year(s) at supervision level
5 with credit for 1 day(s) previously served




AS TO IK99-12-0537 : TIS


The defendant is placed in the custody of the Department
of Correction for 2 year(s) at supervision level 5


13June     2000                    1                    13:19

STATE OF DELAWARE
VS.
KENNETH L HOLLAND
DOB: 05/15/1970
SBI: 00164800

- Suspended for 1 year(s) at supervision level 4 WORK RELEASE

- Followed by 1 year(s) at supervision level 3

- Hold at supervision level 5

- Until space is available at supervision level 4 WORK RELEASE

AS TO IK99-12-0288 : TIS

The defendant shall pay his/her restitution as follows: $339.30 to SMYRNA RENTAL

The defendant is placed in the custody of the Department of Correction for 1 year(s) at supervision level 5

- Suspended for 1 year(s) at supervision level 2

Probation is consecutive to criminal action number IK99120537

13June    2000                    2                    13:19

SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
    VS.
KENNETH L HOLLAND
DOB: 05/15/1970
SBI: 00164800

CASE NUMBER:
9911018868
9912000009

Pay financial obligations during the probationary period.

Should the defendant be unable to complete financial obligations during the period of probation ordered, the defendant may enter the work referral program until said obligations are satisfied as determined by the Probation Officer.

Be evaluated for substance abuse and follow any recommendations for counseling, testing or treatment deemed appropriate.

Have no contact with the victim(s).

Obtain and remain gainfully employed.

_____
JUDGE HENRY DUPONT RIDGELY

13June    2000    3    13:19

NOTES

STATE OF DELAWARE
         VS.
KENNETH L HOLLAND
DOB: 05/15/1970
SBI: 00164800

                                    CASE NUMBER:
                                    9911018868
                                    9912000009

AS TO IK99-12-0536;-0537:

While at Supervision Level V the defendant shall complete
the Alternatives To Violence program, Thresholds, and the
Pre-Release Program.

SPECIAL CONDITIONS:

The defendant shall abide by a 10 p.m. curfew during the
term of probation. The curfew hour may be changed by the
Probation Officer for employment needs of the defendant.

The substance abuse evaluation and treatment shall be at
all levels of supervision.

SPECIAL CONDITIONS CONTINUED ON THE SPECIAL CONDITIONS BY
ORDER PAGE.

13June      2000                 4                  13:19

FINANCIAL SUMMARY

**STATE OF DELAWARE**
     VS.
**KENNETH L HOLLAND**
DOB: 05/15/1970
SBI: 00164800

                              CASE NUMBER:
                                9911018868
                                9912000009

SENTENCE CONTINUED:

| | |
|---|---:|
| TOTAL DRUG DIVERSION FEE ORDERED | |
| TOTAL CIVIL PENALTY ORDERED | |
| TOTAL DRUG REHAB. TREAT. ED. ORDERED | |
| TOTAL EXTRADITION ORDERED | |
| TOTAL FINE AMOUNT ORDERED | |
| FORENSIC FINE ORDERED | |
| RESTITUTION ORDERED | 339.30 |
| SHERIFF, NCCO ORDERED | |
| SHERIFF, KENT ORDERED | 255.00 |
| SHERIFF, SUSSEX ORDERED | |
| PUBLIC DEF, FEE ORDERED | |
| PROSECUTION FEE ORDERED | 160.00 |
| VICTIM'S COM ORDERED | |
| VIDEOPHONE FEE ORDERED | 3.00 |
| **TOTAL** | **757.30** |

                              JUDGE HENRY DUPONT RIDGELY

13June    2000              5              13:19

LIST OF ALIAS NAMES

STATE OF DELAWARE
     VS.
KENNETH L HOLLAND
DOB: 05/15/1970
SBI: 00164800

                                CASE NUMBER:
                                 9911018868
                                 9912000009

KENNY L HOLLAND

13June    2000                    6                13:19