OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 9, 2007

TO: Kenneth L. Holland
    SBI# 164800
    DCC
    1181 Paddock Road
    Smyrna, DE 19977

**RE: Deficiency for Lack of Service and Original Signature; 05-464(SLR)**

Dear Mr. Holland:

    Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure.

    The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, the BRIEF AND EXHIBITS (DI 54) ***must have an original signature and must be served by you, upon all local counsel of record***, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

    A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

    Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                    Sincerely,

/ead                                      PETER T. DALLEO
                                           CLERK

cc: The Honorable Sue L. Robinson
enc: Local Counsel list
     DI 54