United States District Court
District of Delaware

Kenneth L. Holland
~Plaintiff

C.A. No. 05-464-SLR

v.

Comm. Stanley Taylor, et al.,



Certificate of Service

I Kenneth Holland, hereby certify that I have served a true and correct copy of the attached motion upon the following party's, on the 27TH day of December, 2006.

Eileen Kelly
Department of Justice
820 N. French St., 6TH floor
Wilmington, DE 19801

Office of the Clerk
United States District Court
lockbox 18
U.S. Courthouse
Wilmington, DE 19801

Kenneth Holland,
1181 Paddock Rd
Smyrna, DE 19977

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 9, 2007

TO: Kenneth L. Holland
SBI# 164800
DCC
1181 Paddock Road
Smyrna, DE 19977

**RE: Deficiency for Lack of Service and Original Signature;
05-464(SLR)**

Dear Mr. Holland:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, the BRIEF AND EXHIBITS (DI 54) ***must have an original signature and must be served by you, upon all local counsel of record***, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Local Counsel list
    DI 54

IM Kenneth Holland
SBI# 164800   UNIT 23-A-U-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 JAN 2007 PM 2 L

U.S. Mail
X-RA...

Peter T. Dalleo
Clerk of the Court
Lockbox 18
U.S. Courthouse
Wilmington De 19801