IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-464-SLR |
| | ) |
| STANLEY TAYLOR, VINCENT | ) |
| BIANCO, MICHAEL RECORDS, | ) |
| BOB GEORGE, MICHAEL | ) |
| COSTELLO, BARBARA COSTELLO, | ) |
| STEPHEN DEVINE, BILL ETTO, | ) |
| HELEN MOORE, CINDY SCALA, | ) |
| CLINE DANIALS, ADAM BRAMBLE, | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 26th day of July, 2007;

IT IS ORDERED that plaintiff's motion for leave to file a second amended complaint (D.I. 50) is granted. Pursuant to Federal Rule of Civil Procedure 15(a), leave to file amended complaints "shall be freely given when justice so requires." See General Refractories Co. v. Fireman's Fund Ins. Co., 337 F.3d 297, 309 (3d Cir. 2003). Plaintiff moves to file a second amended complaint for the purpose of adding and deleting appropriate parties. Specifically, plaintiff seeks to add Kent Raymond, Wilbur Justice and Theresa Demarco as parties to the suit and remove Bill Etto, Helen Moore and Steven Devine from the suit. Defendants have not opposed plaintiff's motion; therefore, no suitable reason[1] for denying the motion has been put forward. For these

---

[1]Suitable reasons to deny a motion to amend a complaint include undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure

reasons, plaintiff's second amended complaint is hereby filed as of the date of this order.

                                                    */s/ [signature]*
                                                    United States District Judge

---

deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment or futility of amendment. See Foman v. Davis, 371 U.S. 178, 182 (1962).