IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Defendants, by the undersigned counsel, hereby move to extend the time to complete discovery, and in support thereof state as follows:

1. Pursuant to this Court's Order dated April 25, 2006, the discovery deadline in this case was August 25, 2006. [D.I. 36].

2. On October 23, 2006, Plaintiff moved to amend the Complaint to remove Defendants Bill Etto, Helen Moore and Steven Devine as defendants. [D.I. 50]. Plaintiff also sought to add Kent Raymond, Wilbur Justice and Theresa Demarco[1] as defendants. Plaintiff's Motion to Amend was unopposed.

3. On November 27, 2006, Defendants moved for summary judgment. [D.I. 52, 53]. Briefing was completed on January 12, 2007, and Defendants' Motion is currently pending before this Court.

4. On July 26, 2007, this Court granted Plaintiff's Motion to Amend. [D.I. 59].

5. Defendants request the opportunity to conduct brief discovery regarding Plaintiff's claims against Kent Raymond, Wilbur Justice and Theresa Demarco. Defendants also request

---

[1] Submission of this Motion does not constitute waiver of any defenses available to Raymond, Justice and Demarco.

leave of the Court to file an amended summary judgment motion to address the claims presented in the Amended Complaint.

6.     Because there is no trial date set in this matter, the relief sought will not adversely impact the progress of this action.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Extension of Time to Complete Discovery.

                                                      **STATE OF DELAWARE**
                                                      **DEPARTMENT OF JUSTICE**

                                                      /s/ Eileen Kelly
                                                      Eileen Kelly, I.D. No. 2884
                                                      Deputy Attorney General
                                                      Carvel State Office Building
                                                      820 N. French Street, 6th Floor.
                                                      Wilmington, DE 19801
                                                      eileen.kelly@state.de.us
                                                      (302) 577-8400
                                                      Attorney for Defendants

Dated:  July 31, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Kenneth L. Holland is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Extension of Time to Complete Discovery.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Eileen Kelly
    Eileen Kelly, I.D. No. 2884
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    eileen.kelly@state.de.us
    (302) 577-8400
    Attorney for Defendants

Dated: July 31, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 05-464-SLR |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS SO ORDERED,** this _____day of _____, 2007, that Defendants' Motion for Extension of Time to Complete Discovery is hereby **GRANTED**, and

1. The discovery deadline is extended to _____; and

2. Motions for Summary Judgment, with Opening Briefs, are due _____,

   with Answering Briefs due _____ and Reply Briefs due _____.


_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2007, I electronically filed *Defendants' Motion for Extension of Time to Complete Discovery* with the Clerk of Court using CM/ECF. I hereby certify that on July 31, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Kenneth L. Holland.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us