IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-464-SLR |
| | ) |
| STANLEY TAYLOR, et al. | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 8th day of August, 2007, having considered defendants' motion for extension of time to complete discovery;

IT IS ORDERED that defendants' motion (D.I. 60) is granted according to the following schedule:

1. **Discovery.** All discovery in this case shall be completed on or before **October 8, 2007.**

2. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **November 8, 2007.** Answering briefs and affidavits, if any, shall be filed on or

before **December 10, 2007.** Reply briefs shall be filed on or before **December 26, 2007.**

4. Defendants' motion for summary judgment (D.I. 52) is denied without prejudice to renew consistent with the terms of this amended schedule.

_____
United States District Judge