## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS SO ORDERED,** this _____day of _____, 2007, that Defendants' Motion for Extension of Time is hereby **GRANTED**, and

1. The discovery deadline is extended to ninety (90) days after completion of service; and

2. Motions for Summary Judgment, with Opening Briefs, are due thirty (30) days thereafter, with Answering Briefs due thirty (30) days after the filing of Opening Briefs and Reply Briefs due fourteen (14) days after the filing of Answering Briefs.

_____
United States District Judge