IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of State Defendants: Stanley Taylor, Vincent Bianco, Adam J. Bramble, Michael Records, Bob George, Michael Costello, Barbara Costello, and the Department of Correction in place of Eileen Kelly.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| | |
| /s/ Eileen Kelly<br>Eileen Kelly, ID#2884<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE  19801<br>(302)577-8400 | /s/ Catherine Damavandi<br>Catherine Damavandi, ID#3823<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE  19801<br>(302)577-8400 |

Dated: October 11, 2007

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 11, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 11, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Kenneth Holland
SBI#164800
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Catherine Damavandi
    Catherine Damavandi, ID#3823
    Deputy Attorney General
    Department of Justice
    Carvel State Bldg., 6th Fl.,
    820 N. French Street
    Wilmington, DE  19801