1:05-cv-00464-SLR Holland v Taylor et al

Office of the Clerk
United State District Court

10/30/07

I'm writting to you in regaurds to any information concerning the defendant Cindy ▮▮▮ Scala. I was informed that she no longer worked at the address that was given to the court.
Plaintiff, requests if the courts have been provided with an new address," which may have been "sealed" from the Plaintiff. Plaintiff would like to have defendant Cindy Scala served.

Sincerely,
Kenneth L. Holland
S.B.I# 164800
D.C.C.
1181 Paddock Rd
Smyrna, De 19977



FILED
NOV -2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

pd scanned

IM Kenneth Holland
SBI# 166800    UNIT 23-A
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerks Office
United States District Court
844 N. King St, Lockbox 18
Wilmington De 19801-3570