IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-464-SLR |
| | ) |
| STANLEY TAYLOR, VINCENT | ) |
| BIANCO, ADAM J. BRAMBLE, | ) |
| MIKE RECORDS, CLINE DANIALS, | ) |
| CINDY SCALA, ROBERT GEORGE, | ) |
| MICHAEL COSTELLO, BARBARA | ) |
| COSTELLO, DEPARTMENT OF | ) |
| CORRECTIONS, KENT RAYMOND, | ) |
| WILBUR JUSTICE, and THERESA | ) |
| DEMARCO, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20th day of November, 2007,

IT IS ORDERED that, on or before **December 19, 2007**, plaintiff shall show cause why defendants Cline Danials, Cindy Scala, Wilbur Justice, and Theresa Demarco should not be dismissed from the above captioned action for failure to provide sufficient information to effectuate timely service of process on said defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS FROM THIS ACTION.

_____
United States District Judge