In The United State District Court
for the District of Delaware

Kenneth Holland,
   Plaintiff,

v.                                              Civ. No. 05-464-(SLR)

Stanley Taylor, et. al.
   Defendant,

**FILED**
DEC 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Motion to show cause

The Plaintiff, contends that the information provided was sufficient to effectuate a timely service of process on defendants, Cindy Scala, Wilbur Justice and Theresa Demarco.

But by the time that service of process could be made, these defendant's had decided to either retire or move on to another job, out side of the department of corrections.

And because the Plaintiff is currently incarcerated, the addresses of these defendant's would most likely, not be provided directly to the Plaintiff.

therefore, the defendant's, Cindy Scala, Wilbur Justice and Theresa Demarco, should not be dismissed, because the Plaintiff has n't provided

these defendant's home addresses.

As to the defendant, Cline Danials,, the reason why a timely service of process hasn't been done effectively, do to a miss-spelled name, of this one defendant, the currect spelling of this defendant is "Lynne Clendaniel".

And if this Honorable court would allow the Plaintiff enough time to Amend, ▓ to currectly spell this defendant name so that she can be served. the Plaintiff would do so with know delay.

Date; _____

Kenneth Nolland
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Kenneth Holland | COURT CASE NUMBER<br>05-464 SLR |
|---|---|
| DEFENDANT<br>Theresa DeMarco | TYPE OF PROCESS<br>O/R |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Morris Community Corrections Center

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 Water Street, Lower De 19901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kenneth Holland 164930
S.C.C
1181 Paddock Rd.
Smyrna, De 19977

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
Kenneth Holland
TELEPHONE NUMBER: N/A
DATE: 8-20-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk<br>DF | Date<br>10-5-07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/15/07   Time: am/pm

Signature of U.S. Marshal or Deputy: BK

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: No longer @ Morris
Ret Unexecuted

NOTE

PRIOR EDITIONS MAY BE USED            **3. NOTICE OF SERVICE**            FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Kenneth Holland | COURT CASE NUMBER<br>05-464 SLR |
|---|---|
| DEFENDANT<br>Sgt. Wilbur Justice, et al. | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Morris Community Corrections Center

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Water Street, Dover, DE 19901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kenneth Holland
SCCC
1181 Paddock Rd
Smyrna, DE 19977

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                          Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER: N/A   DATE: 8-21-07
Kenneth Holland

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk<br>BF | Date<br>10/5/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am |
|---|---|---|
| 10/17/07 | | pm |

Signature of U.S. Marshal or Deputy
BF

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Retired - Ret unexecuted

NOTE

| PRIOR EDITIONS<br>MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

## Certificate of Service

I, Kenneth Holland, hereby certify that I have served a true and correct cop(ies) of the attached: Motion to show cause _____ upon the following parties/person (s):

TO: Office of the Clerk
United State District Court
844 N. King St. Lockbox 18
Wilm, De 19801

TO: Catherine Damavandi
Deputy Attorney General
State of Delaware
820 N. French St. 6TH Floor
Wilm, De 19801

TO: Kenneth Holland
Delaware Correctional
Center
1181 Paddock Rd.
Smyrna, De 19977

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 12 day of December, 2007

I/M Kenneth Holland
SBI# 164806   UNIT 23-A-u-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US POSTAGE $00.58 DEC 12 2007
MAILED FROM ZIP CODE 19977

Legal Mail

Office of the Clerk
United State District Court
844 N. King St., Lockbox 18
Wilmington, De 19801-3570