## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' SECOND SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**

Demand is hereby made for full and complete Answers to the following Interrogatories under oath within thirty days. These Interrogatories are continuing and require that supplemental responses be filed in accordance with the Federal Rules of Civil Procedure.

**DEFINITIONS AND INSTRUCTIONS**

A. The word "identify" and words derived therefrom shall have the following meanings:

    1. As applied to an individual, "identify" means to state:

        a. The individual's name;

        b. The individual's last known home and business address and the telephone numbers for each such address;

        c. The individual's occupation and title, if any, as of the time to which the interrogatory is directed and as of the present time; and

        d. The role played by the individual in relation to the subject matter of the interrogatory.

    2. As applied to a document, "identify" means to state:

        a. Its nature (e.g., letter, memorandum, telegram, note, drawing, photograph,

       etc.);

   b.  Its subject matter;

   c.  By whom it was made and to whom it was directed;

   d.  The date upon which it was made; and

   e.  The identity of all individuals or organizations who have possession of the original and any copies.

Note: Production of each document is acceptable in lieu of stating the information in points (a) through (d) of this definition.

  3. "Describe" means to set forth fully the underlying facts (rather than ultimate facts or conclusions of fact or law), including date, time and location.

  4. "Person" shall mean any natural person, any corporation, partnership, association, joint venture, firm or other business enterprise or legal entity, and means both singular and plural.

  5. "DOC" shall mean the Department of Correction in this action and any of its affiliates, subsidiaries, employees, independent contractors, and any other person or entity under the control of DOC.

  6. "You and "your" shall mean the Plaintiff in this action, Kenneth Holland.

B. If you object to any of the interrogatories herein, whether in whole or in part, on the ground that the information sought therein is privileged or confidential:

  1. Describe any such communication sought to be protected, including its subject matter; and

  2. Identify the individual by whom it was made, the individual to whom it was directed, and all individuals present when it was made; and

3. Identify any document in which it was recorded, described or summarized; and

4. Identify any such document sought to be protected.

## INTERROGATORIES[1]

1) With respect to each and every claim in your Complaint relating to Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco:

    (a) Identify all facts that refute, relate to, or support your contentions;

    (b) Identify the specific behavior or conduct that you allege that each of these three Defendants (Justice, Raymond and DeMarco) engaged in;

    (c) Identify all persons with knowledge of such contention or facts;

    (d) Identify all documents that reflect, refer to or relate to such contention or facts.

RESPONSE:

2) Identify all documents which you intend to offer into evidence at the trial of this

---

[1] Please submit additional pages, if necessary.

3

matter relating to Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco.

RESPONSE:

3) Identify all persons having knowledge of the allegations in the complaint or answer whom you intend to call as witnesses at trial, excluding expert witnesses, relating to Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco.

RESPONSE:

4) Identify any physical evidence which relates in any way to any of the facts alleged in the complaint or answer, or which you intend to offer in evidence at trial, relating to Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco.

RESPONSE:

5) With regard to your claims against Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco, identify each expert you expect to call to testify as a witness at trial and state for each such expert, (i) the qualifications of the expert, (ii) the subject matter on

which the expert is expected to testify, (iii) the substance of the facts and opinions to which the expert is expected to testify and (iv) the summary of the grounds for such opinion.

RESPONSE:

6)	Identify in detail the precise injury or harm you allege was sustained as a result of the allegations in the Complaint relating to Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco.

RESPONSE:

7)	Describe any medical treatment you received as a result of the allegations in the Complaint relating to Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco, specifically addressing:

    a.	whether you requested any medical treatment at any DOC facility which you believe in any way resulted from the allegations in your complaint; and

    b.	the date and method used for any request listed in subparagraph a. of this interrogatory.

RESPONSE:

8) State whether you filed a complaint or grievance at the correctional institution or with the Department of Correction about the subject matter of each and every claim in your Complaint as they relate to Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco. If so, when were they filed, with whom were they filed, and what was the response? If not, why not?

RESPONSE:

9) State the total amount of compensatory damages you are claiming against Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco, and the computation used to arrive at the sum.

RESPONSE:

10) Either prior to or subsequent to the alleged incident(s) referred to in your Complaint relating to Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco, have you ever suffered any injuries, illness or diseases in those portions of the body claimed by you to have been affected as alleged in the Complaint? If so, state:

    a. A description of the injuries or diseases you suffered, including the date

          and place of occurrence;

    b.    The names and addresses of all hospitals, doctors, or practitioners who rendered treatment or examination because of any such injuries or diseases.

RESPONSE:



11)    Have you, or anyone acting on your behalf, obtained from any person any statement, declaration, petition, or affidavit concerning this action against Sgt. Wilbur Justice, Counselor Kent Raymond and Counselor Theresa DeMarco or its subject matter? If so, state:

    a.    The name and last known address of each such person; and

    b.    When, where, by whom and to whom each statement was made, and whether it was reduced to writing or otherwise recorded.

RESPONSE:



                                            /s/ Catherine Damavandi
                                            Catherine Damavandi (ID # 3823)
                                            Deputy Attorney General
                                            Delaware Department of Justice
                                            820 N. French Street, 6th Floor
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            Attorney for State Defendants

DATE: January 4, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2008, I electronically filed *Defendants' Second Set of Interrogatories Directed to Plaintiff* with the Clerk of Court using CM/ECF. I hereby certify that on January 4, 2008, I have mailed by United States Postal Service, the document to the following non-registered party: Kenneth Holland.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

DATE: January 4, 2008