In The United States District Court for the
District of Delaware

Kenneth L. Nolland,
　　　Plaintiff,

v.

Stanley Taylor, et.al.,
　　　Defendants.

C.A. No. 05-464 (SLR)

Adam J. Bramble,
　　　Defendant/Counter-
　　　Claim Plaintiff,

v.

Kenneth L. Nolland,
　　　Plaintiff/Counter
　　　Claim Defendant,



FILED
JAN -8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Plaintiff's Motion for Extension of time

Plaintiff Kenneth Nolland, hereby moves to request for an Amendment of the Court's schedule, and to extend the time, to allow filing of Discovery's.

And in support of this motion the Plaintiff states the following.

1. On October 23, 2006, the Plaintiff moved to file an ▇▇▇ amendment complaint adding "Kent Raymond, Wilbur Justice and Theresa DeMarco.

2. On July 26, 2007, this court granted Plaintiff's motion to Amend [D.I. 59].

3. On July 31, 2007, Defendant's filed a motion for extension of time [D.I. 60].

4. On August 8, 2007, the Defendant's motion was granted, But was ordered to have all discovery's in this case completed by October 8TH of 2007.

5. Plaintiff wasn't sent copies of the, added defendant's waiver, inteal November 20, 2007,, which is well past the deadline ordered by the court back in August.

Wherefore, Plaintiff respectfully request that this Honorable court grants Plaintiff's Motion for extension of time or a Re-scheduling of this matter to allow Discovery's.

Date: 1-4-08

Kenneth Holland
S.B.I# 164800 D-Bldg·E-tier 26#
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

## Certificate of Service

I, __Kenneth L. Nolland__, hereby certify that I have served a true And correct cop(ies) of the attached: __Plaintiff's Motion for Extension of time,__ upon the following parties/person (s):

TO: __Office of the Clerk__
__United States District Court__
__844 N. King St. Lockbox 18__
__Wilmington De 19801-3570__

TO: __Catherine Damavandi__
__Deputy Attorney General__
__State Department__
__820 N. French St. 6TH floor__
__Wilm. De 19801__

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __4__ day of __January__, 200__8__.

I/M Shannah Holland
SBI# 164800    UNIT DE-E-26
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY'd

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilm, De 19801-3570

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975    $ 00.41⁰
JAN 07 2008
MAILED FROM ZIP CODE 19977