IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANLEY TAYLOR, et al., ) <br> ) <br> Defendants. ) | C. A. No. 05-464-SLR |

ADAM J. BRAMBLE, )
)
    Defendant, )
    Counter-claim plaintiff, )
)
v. )
)
KENNETH L. HOLLAND )
)
    Plaintiff, )
    Counter-claim defendant. )

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Response to Plaintiff's Interrogatories and Request for Production are true and correct.

*/s/ Adam J. Bramble*
Adam J. Bramble