Case 1:05-cv-00464-SLR    Document 79    Filed 01/15/2008    Page 1 of 3

**Location:** 875 Smyrna Landing RD Central Violation of Probation Center    Smyrna, DE 19977

**M.O. and Incident Overview:**
On 11/26/2004 Offender Kenneth Holland assaulted Lt. Adam Bramble by striking him twice with a chair then physically attacking him.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 096-260 | | New Castle | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | BRAMBLE, ADAM J |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Male | ▉▉▉ | ▉▉▉ | ▉▉ | ▉▉▉ |

**Address:** 875 Smyrna Landing RD Central Violation of Probation Smyrna, DE 19977
**Resident Status:** Full Time
**Home Telephone:** ▉▉▉
**Employer/School:** ▉▉▉
**Work Telephone:**

| Reporting Person? | Victim Injured? | Victim Deceased? |
|---|---|---|
| ☐Yes ☒No | ☒Yes ☐No | ☐Yes ☒No |

**Injuries:** Apparent Minor Injury
**Description of Injuries:** SIX INCH CUT LEFT SIDE OF NECK, ABRASION LEFT SIDE CHIN, ABRASION AND SWELLING LEFT THUMB, INDEX FINGER AND MIDDLE FINGER

## Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Defendant | | HOLLAND, KENNETH L | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | Black | Non-Hispanic | 34 | 05/15/1970 | 5' 07" | 210 | Dark | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Black | Short | Afro/Natural | Other | Average | | Muscular | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Full Time | | Unarmed |

**Address:** 1181 Paddock RD Delaware Correction Ctr Smyrna, DE 19977
**Home Telephone:** (302) 653-9261
**Employer/School:**
**Work Telephone:**

| Arrest Number | Arrest Type |
|---|---|
| 073750 | Warrant |

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE:11:1254:000A:F:D | Assault in a Detention Facility-Injury to Another |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Commercial/Office Building | Adult Arrest 11/30/2004 | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 13174E - Simple Assault/Police Officer/Other Assaults/Non-Aggravated |

| Weapon/Force Used | Weapon/Force Used | Police Assignment | Police Activity |
|---|---|---|---|
| Other | Personal Weapons Hands/Feet | Other/Officers on Foot Patrol/Off Duty | Handling/Transporting/Custody of |

## Victim - Suspect/Defendant Relationships

| Victim - 001 | Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|---|
| BRAMBLE, ADAM J | HOLLAND, KENNETH L | Otherwise Known |

## Investigative Narrative

On June 16, 2004 Kenneth Holland was sentenced to one year level five, suspended for two years level four work release followed by one year level three probation by Judge Henry DuPont Ridgely in Kent County Superior Court fot attempted theft (CRA#IK99120537). This sentence was effective March 16, 2004 with a short term release date of February 07, 2005 and a maximum expiration date of March 15, 2005.

On November 26, 2004 Offender Kenneth Holland was serving the level portion of this sentence at the Central Violation of Probation Center. On this date Lt. Adam Bramble was during a routine area check inside the Central Violation of Probation Center when Offender Holland Confronted Lt. Bramble, in the pod two bathroom, about an incident which occurred in the dining hall at 0518 hours on November 26, 2004. Offender Holland stated to Lt. Bramble " You had one more time, the next time you pull that mace, I'm going to slit your throat." Lt. Bramble at that point followed Offender Holland out of the bathroom and was attempting to escort the offender off the housing area and to the holding cell. Offender Holland at that

| Reporting Officer | Pending Supervisory Review: |
|---|---|
| S/LT MAY  - 447 1 | |

point picked up a blue plastic chair from the housing unit and struck Lt. Bramble twice with the chair then proceeded to physically attack Lt. Bramble. Lt. Bramble blocked the strikes with the chair resulting in injuries ti his left hand, thumb, index finger and middle finger. During the physical attack Lt. Bramble received the injuries of a six inch cut on the left side of his neck and an abrasion to the left chin area. Lt. Bramble gained control of Offender Holland during the assault, called for assistance and restrained offender until other officers arrived and secured Offender Holland.

Offender Holland was then escorted to the holding cell, where he was read his miranda rights and remained until transferred to DCC on an administrative warrant and pending investigation which led to charges of Assault in Detention Facility being filed against Offender Holland.

| Reporting Officer S/LT MAY - 447 1 | Pending Supervisory Review: | | | | |
|---|---|---|---|---|---|
| Detective Notified STAFF LIEUTENANT ROBERT MAY | Referred To | | | | |
| Solvability Factors ☐Witness ☒Suspect Located | ☐M.O. ☐Suspect Described | ☐Trace Stolen Property ☒Suspect Identified | ☒Suspect Named ☐Suspect Vehicle Identified | Status **Has Follow Up** |

| Original Occurrence Dates and Times: | | Grid | Sector |
|---|---|---|---|
| FRI 11/26/2004 0600 thru FRI 11/26/2004 0610 | | 096-260 | |

**Original Location:**
875 Smyrna Landing RD Center   Smyrna, DE 19977

## Original Victim Information

| Victim Number | Name |
|---|---|
| 001 | BRAMBLE, ADAM J |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Male | ■■■ | ■■■ | ■■■ | ■■■ |

| Address | Resident Status | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| 875 Smyrna Landing RD Central Violation of Probation Smyrna, DE 19977 | Full Time | ■■■ | | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☒Yes ☐No | ☐Yes ☒No | |

## Original Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Defendant | 00164800 | HOLLAND, KENNETH L | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | Black | Non-Hispanic | 34 | 05/15/1970 | 5' 07" | 210 | Dark | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Black | Short | Afro/Natural | Other | Average | | Muscular | |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 1181 Paddock RD Delaware Correction Ctr Smyrna, DE 19977 | (302) 653-9261 | | |

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|
| 073750 | Warrant | 01 |

## Original Crime and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE:11:1254:000A:F:D | Assault in a Detention Facility-Injury to Another |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Commercial/Office Building | Adult Arrest 11/30/2004 | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 13174E - Simple Assault/Police Officer/Other Assaults/Non-Aggravated |

| Burglary Force involved | Weapon/Force Used | Weapon/Force Used | Police Assignment | Police Activity |
|---|---|---|---|---|
| ☐Yes ☐No | Other | Personal Weapons Hands/Feet | Other/Officers on Foot Patrol/Off Duty | Holding/Tran |

### Investigative Narrative

On 11/30/2004 Kenneth Holland was arrested on charges of Assault in Detention Center by S/Lt Robert May. Offender was read his miranda rights, fingerprinted then appeared on video court with JP2 where warrants were processed and Kenneth holland was committed to DCC on 5000 dollar cash only bond.

| Reporting Officer | Pending Supervisory Review |
|---|---|
| S/LT MAY - 447 | |

| Solvability Factors | | | | | Status |
|---|---|---|---|---|---|
| ☐Witness ☐Suspect Located | ☐M.O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | | Closed |