

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**NEW CASTLE COUNTY**
**CARVEL STATE BUILDING**
**820 N. FRENCH STREET**
**WILMINGTON, DE  19801**

**CRIMINAL DIVISION (302) 577-8500**
**FAX: (302) 577-2496**
**CIVIL DIVISION (302) 577-8400**
**FAX: (302) 577-6630**
**TTY: (302) 577-5783**

**PLEASE REPLY TO:** **(302) 577-8400**

February 7, 2008

The Honorable Sue L. Robinson
U.S. District Court, District of Delaware
844 N. King Street
Wilmington, DE  19801

      RE:    *Holland v. Taylor,*  **C.A. No. 05-464-SLR**

Dear Judge Robinson:

      The Plaintiff in the above-referenced matter has asked to conduct further discovery beyond the time ordered by the Court on October 8, 2007.  His motion for enlargement of time is pending (D.I.75).  Defendants have not yet filed their motions and opening brief in the event that the Court rules in favor of the Plaintiff.  If the Court directs, Defendants will file a motion for enlargement of time to file their dispositive motions, pending resolution of Plaintiff's request to extend the discovery period.

      Thank you very much.

                      Very truly yours,

                      /s/ *Catherine Damavandi*

                      Deputy Attorney General, ID#3823
                      Attorney for Defendants

cc:      Clerk of Court
         Kenneth L. Holland, SBI#164800 (by U.S. Mail)