IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KENNETH L. HOLLAND,                    )
                                       )
                Plaintiff,             )
                                       )
        v.                             )  Civ. No. 05-464-SLR
                                       )
STANLEY TAYLOR, et al.,                )
                                       )
                Defendants.            )

## O R D E R

At Wilmington this 14th day of March, 2008, having considered plaintiff's motion for extension of time to complete discovery and the papers submitted in connection therewith;

IT IS ORDERED that plaintiff's motion (D.I. 75) is granted.  The August 8, 2007 scheduling order is amended as follows:

1. **Discovery**.  All discovery in this case shall be completed on or before **May 1, 2008.**

2. **Application by Motion**.  Any application to the Court shall be by written motion filed with the Clerk.  Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **June 2, 2008.**  Answering briefs and affidavits, if any, shall be filed on or before **June 30, 2008.**  Reply briefs shall be filed on or before **July 14, 2008.**

4. **NO FURTHER EXTENSIONS OF THE DISCOVERY DEADLINE WILL BE**

**GRANTED.**

United States District Judge