IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-464-SLR |
| | ) |
| VINCENT BIANCO, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 4th day of April, 2008, plaintiff's having responded to the court's order to show cause dated November 20, 2007;

IT IS ORDERED that defendants Cindy Scala, Wilbur Justice and Theresa Demarco shall be dismissed pursuant to Fed. R. Civ. P. 4(m); plaintiff does not have correct addresses for these defendants. Defendant "Cline Danials" has now been identified as Lynne Clendaniel; therefore, on or before **May 5, 2008,** plaintiff must submit a new USM form 285 to effect service of process on said defendant. The complaint shall be deemed amended to account for the misspelling of said defendant's name. **Failure of plaintiff to timely submit the service form shall result in dismissal of said defendant.**

_____
United States District Judge