OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 14, 2008

TO:

**Kenneth L. Holland**
SBI# 164800
DCC
1181 Paddock Road
Smyrna, DE 19977

    **RE:  UNITED STATES MARSHAL 285 FORMS**
         **CIV. NO.** 05-464 SLR

Dear Mr. Holland:

    Please be advised that this office has received a United States Marshal 285 form for Defendant Lynne Clendaniel in the above referenced case.

    Your complaint, along with the United States Marshal 285 form, will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/rwc                              PETER T. DALLEO
                                    CLERK

cc:  The Honorable Sue L. Robinson
     United States Marshal
     Pro Se Law Clerk