IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 05-464-SLR |
| STANLEY TAYLOR, et al., | ) ) ) | |
| Defendants. | ) | |
| ADAM J. BRAMBLE, | ) ) | |
| Defendant, Counter-claim plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| KENNETH L. HOLLAND | ) ) ) | |
| Plaintiff, Counter-claim defendant. | ) ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Response to Plaintiff's Third Set of Interrogatories are true and correct.

_____
Vince Bianco