IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND,<br><br>    Plaintiff,<br><br>v.<br><br>STANLEY TAYLOR, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-464-SLR<br>)<br>)<br>)<br>) |
| ADAM J. BRAMBLE,<br><br>    Defendant,<br>    Counter-claim plaintiff,<br><br>v.<br><br>KENNETH L. HOLLAND<br><br>    Plaintiff,<br>    Counter-claim defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Response to Plaintiff's Third Set of Interrogatories are true and correct.

                                                                /s/ Adam J. Bramble<br>
                                                                 Adam J. Bramble