# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

KENNETH L. HOLLAND,                      )
                                         )
      Plaintiff,                         )
                                         )
v.                                       )     C. A. No. 05-464-SLR
                                         )
STANLEY TAYLOR, et al.,                  )
                                         )
      Defendants.                        )

ADAM J. BRAMBLE,                         )
                                         )
      Defendant,                         )
      Counter-claim plaintiff,           )
                                         )
v.                                       )
                                         )
KENNETH L. HOLLAND                       )
                                         )
      Plaintiff,                         )
      Counter-claim defendant.           )

**VERIFICATION AS TO ANSWERS:**

I hereby declare under penalty of perjury that the attached Response to Plaintiff's Third Set of Interrogatories are true and correct.

Kent Raymond