IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANLEY TAYLOR, et al., ) <br> ) <br> Defendants. ) | C. A. No. 05-464-SLR |
| ADAM J. BRAMBLE, ) <br> ) <br> Defendant, ) <br> Counter-claim plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH L. HOLLAND ) <br> ) <br> Plaintiff, ) <br> Counter-claim defendant. ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Response to Plaintiff's Third Set of Interrogatories are true and correct.

_____
Mike Records