IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-464-SLR |
| ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |
| ADAM J. BRAMBLE, ) | |
| ) | |
| Defendant, ) | |
| Counter-claim plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KENNETH L. HOLLAND ) | |
| ) | |
| Plaintiff, ) | |
| Counter-claim defendant. ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Response to Plaintiff's Interrogatories are true and correct.

_____
Stan Taylor