# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Defendants Stanley Taylor, Vincent Bianco, Michael Records, Bob George, Michael Costello, Barbara Costello, the Department of Correction ("Defendants"), by and through the undersigned counsel, and hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
catherine.damavandi@state.de.us

Dated:   June 3, 2008                                  Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH L. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-464-SLR |
| | ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS SO ORDERED** this _____ day of _____, 2008 that:

Summary Judgment is entered in favor of Defendants Stanley Taylor, Vincent Bianco, Michael Records, Bob George, Michael Costello, Barbara Costello, and the Department of Correction ("Defendants"), in their official and individual capacities, as to all claims.

_____
United States District Judge

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 05-464-SLR ) JURY TRIAL DEMANDED |
| STANLEY TAYLOR, et al., | ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I further certify that on June 3, 2008, I caused the within document to be mailed to the following non-registered party by United States Postal Service:

>Kenneth Holland, Inmate
>SBI#164800
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/ Catherine Damavandi
>Catherine Damavandi, ID#3823
>Deputy Attorney General
>Department of Justice
>820 N. French St., 6th Floor
>Wilmington, DE 19801
>(302) 577-8400
>catherine.damavandi@state.de.us