IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH L. HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C. A. No. 05-464-SLR |
| | )  JURY TRIAL DEMANDED |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This _____ day of _____, 2008,   IT IS HEREBY ORDERED, that Defendants' *Motion for Enlargement of Time Out of Time* is **GRANTED.**

_____
United States District Court Judge