June 12, 2008

Clerk of the Court
U.S. District Court
844 N. King St, Lockbox 18
Wilmington, De. 19801

   Re: Kenneth L. Holland v. Stanley Taylor, et al.,
    C.A. No. 05-464-(SLR)

Dear Clerks Office;
   I'm writing to you in regards of possible obtaining a docket sheet of the above civil action number.
   I need to know the dates of ever motion that has been filed in this case. You time would be most greatful in this matter.

                              Sincerely
                              Kenneth L. Holland 164800
                              Delaware Correctional Center
                              1181 Paddock Rd.
                              Smyrna, De. 19977



FILED
JUN 16 2008
BV
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Kenneth Holland
SBI# 164980    UNIT DE
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
13 JUN 2008 PM 1 T

Clerk of the Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Delaware 19801