OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 16, 2008

TO:

**Kenneth L. Holland**
SBI# 164800
DCC
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Request for Docket Sheet**
         **CA No.: 05-464 SLR**

Dear Mr. Holland:

    The Clerk's office is in receipt of your letter requesting a copy of the docket sheet in the above case.
    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page.
    Your docket sheet is **19 pages** in length.  The cost of this request is **$9.50**. Prepayment should be sent with your request, check, or money order payable to Clerk, U.S. District Court.
    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                   Sincerely,

/rc                                        PETER T. DALLEO
                                                CLERK

cc:  The Honorable Sue L. Robinson