In The United State District Court
for the District of Delaware

Kenneth L. Holland,
~ Plaintiff,

v.

Stanley Taylor, et al.,
~ Defendants.

C.A. No. 05-464-(SLR)



FILED
JUN 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's response to Defendant's
Motion for Enlargement of time

Plaintiff Kenneth L. Holland, respectfully hereby moves this Honorable Court to enter an order "denying" defendant's motion for Enlargement of time.

In support of this respons to defendant's request, the Plaintiff offers the following:

(1.) On March 14, 2008, a scheduling order was issued in this case, clearly establishing that after May 1, 2008, deadline for discovery. Summary Judgements was to commence, and all opening brief and affidavits in support of the motion, shall be served and filed on or before

1.

June 2, 2008,

(2.) On June 3, 2008, Defendant's file their summary Judgement with only one of the defendant's affi- davit.

(3.) On June 5, 2008, defendant's and their under- signed counsel, ~~filed~~ filed an Motion for Enlarge- ment of time, claiming that the network to her computer was not functioning properly on the 2nd of June, but gave no reason why counsel couldn't have her affidavit done sooner.

To further add insult to injury, counsel claims as a result, she couldn't access her E-mail (to communicate with her client, regarding a necessary affidavit.

Clearly counsel did not attempt to try other means to communicate to her client, such as calling her client and have him fax the need affidavit,

(4.) Theirs no dispute that defence counsel had ample enough time to have Summary Judgement completed by the June 2, 2008, deadline, instead counsel has failed to meet another deadline,

Therefore waived any right to an Enlarge- ment, due to the fact that the defence could have filed to Enlarge or for an Extension of time

2.

before allowing the deadline to expire.

Therefore, Plaintiff respectfully request that this Honorable Court "Deny" the defendant's Motion for Enlargement of time.

Date: June 9, 2008,

Kenneth L. Holland
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

3

# Certificate of Service

I, _Kenneth L. Holland_, hereby certify that I have served a true And correct cop(ies) of the attached: _Plaintiff's response to Defendant's Motion for Enlargement of time_ upon the following parties/person (s):

TO: Clerk of the Court
U.S. District Court
844 N. King St
Wilm, Del. 19801

TO: Catherine Damavandi
Department of Justice
820 N. French St
Wilm, Del 19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _10_ day of _June_, 200_8_.